UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROCOCO ASSOCIATES, INC.,

                Plaintiff,

                              **ORDER**
-against-                              CV 06-975 (JS)(ARL)

AWARD PACKAGING CORP., et al.,

                Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter motion, dated June 25, 2007, requesting that the court schedule a conference "to resolve discovery matters." As there is no discovery motion pending before the court, the plaintiff's application is premature. Plaintiff may raise the discovery issues in a letter not to exceed three pages in accordance with Local Civil Rule 37.3 and the undersigned's individual rules if the parties are unsuccessful in reaching an agreement after meeting and conferring in good faith in an effort to resolve the issues. See Individual Practices of the Hon. Arlene Lindsay, Rule 2 (A)(1). The parties are reminded that the court interprets good faith to be in-person contact either by telephone or in person. Id. Accordingly, the court declines to schedule a conference at this time.

Dated: Central Islip, New York
        June 26, 2007

                                                      /s/
                                          _____
                                          ARLENE ROSARIO LINDSAY
                                          United States Magistrate Judge